UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　Defendant. | Case No. 24-cv-00040-SI<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO PARTIES' JOINT REQUEST**<br><br>Re: Dkt. No. 34 |

On August 19, 2024, the parties jointly requested that this matter be dismissed with prejudice pursuant to a settlement agreement. Dkt. No. 34. The Court hereby dismisses this case with prejudice. The case shall be terminated accordingly.

**IT IS SO ORDERED**.

Dated: August 27, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge